# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | | |
|---|---|---|
| **JERRI H.,** | ) | |
| | ) | |
| **PLAINTIFF** | ) | |
| | ) | |
| V. | ) | CIVIL NO. 2:17-CV-453-DBH |
| | ) | |
| **NANCY A. BERRYHILL, ACTING COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,** | ) ) ) ) | |
| | ) | |
| **DEFENDANT** | ) | |

## PROCEDURAL ORDER

The plaintiff is seeking attorney fees under the Equal Access to Justice Act. The defendant objects to the amount sought, including the hourly rate the plaintiff seeks for paralegal work. Magistrate Judge Rich is in the process of scheduling an evidentiary hearing in two other cases to determine the current market rate for such paralegal services in Portland Maine. <u>Hadley v. Commissioner</u>, 1:16-cv-568-JAW, and <u>Cline v. Commissioner</u>, 1:17-cv-282-GZS. I will **DEFER** ruling on the plaintiff's motion in this case pending the resolution of those cases.

**SO ORDERED.**

**DATED THIS 16TH DAY OF OCTOBER, 2018**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**